LEHIGH VALLEY HEALTH NETWORK                                      Number          18115779
1200 South Cedar Crest Blvd                                       Check Date      09/27/2018
ALLENTOWN, PA 18103 United States of America

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Angela M. Torres                                                  Net Pay  935.53
1556 Stoke Park Rd
Bethlehem, PA 18017-2235                                          NON-NEGOTIABLE
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Angela M. Torres |  | 204718 | 18 | 0619 | 09/22/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 72.80 | 1268.57 | 21342.94 |
| Total Deductions |  | 333.04 | 6398.04 |
| Total Net |  | 935.53 | 14944.90 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| 25 Percentage |  |  |  | 49.54 |
| On Call - Hrs Only |  |  |  | 79.90 |
| Paid Time Off Evening | 4.30 | 15.98 | 74.21 | 762.82 |
| Paid Time Off Night | 7.70 | 15.98 | 135.35 | 2123.41 |
| Regular | 1.80 | 15.98 | 28.77 | 338.82 |
| Regular Evening | 21.50 | 15.98 | 371.06 | 5053.23 |
| Regular Night | 37.50 | 15.98 | 659.18 | 11401.14 |
| Sick Evening |  |  |  | 445.26 |
| Sick Night |  |  |  | 759.37 |
| Work Holiday |  |  |  | 7.19 |
| Work Holiday Evening |  |  |  | 111.32 |
| Work Holiday Night |  |  |  | 210.94 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(b) Employee $ | 23.00 | 460.00 |
| Comprehensive Dental EE | 52.00 | 1040.00 |

http://lvh10b.lvh.com:8080/lawson/xhrnet/ui/windowplain.htm?func=opener.PrepareStub(5)    12/5/2018

|  |  |  |
|---|---:|---:|
| Choice Plus - Medical HSA EE |  | 966.00 |
| Vision EE | 7.56 | 151.20 |
| Hanover Twp-Northampton Cty | 11.21 | 180.47 |
| Federal Income Tax | 17.54 | 250.94 |
| Bethlehem LST | 2.00 | 40.00 |
| Medicare Employee | 16.26 | 261.69 |
| Pennsylvania UI EE | 0.77 | 12.81 |
| Pennsylvania SWT | 34.43 | 554.07 |
| Social Security EE | 69.54 | 1118.97 |
| Loan 403(b) | 11.20 | 224.00 |
| Choice Plus - Medical EE | 87.53 | 1137.89 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx0503 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx0264 | WELLS FARGO | 935.53 |

LEHIGH VALLEY HEALTH NETWORK
1200 South Cedar Crest Blvd
ALLENTOWN, PA 18103 United States of America

Number 18117298
Check Date 10/11/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Angela M. Torres
1556 Stoke Park Rd
Bethlehem, PA 18017-2235
US

Net Pay 843.07

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Angela M. Torres | | 204718 | 18 | 0619 | 10/06/2018 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 69.60 | 1150.35 | 22493.29 |
| Total Deductions | | 307.28 | 6705.32 |
| Total Net | | 843.07 | 15787.97 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| 25 Percentage | | | | 49.54 |
| On Call - Hrs Only | 4.00 | 15.98 | 7.99 | 87.89 |
| Paid Time Off Evening | | | | 762.82 |
| Paid Time Off Night | | | | 2123.41 |
| Regular | 0.70 | 15.98 | 11.19 | 350.01 |
| Regular Evening | 25.90 | 15.98 | 446.99 | 5500.22 |
| Regular Night | 31.00 | 15.98 | 544.93 | 11946.07 |
| Sick Evening | 4.30 | 15.98 | 74.21 | 519.47 |
| Sick Night | 3.70 | 15.98 | 65.04 | 824.41 |
| Work Holiday | | | | 7.19 |
| Work Holiday Evening | | | | 111.32 |
| Work Holiday Night | | | | 210.94 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(b) Employee $ | 23.00 | 483.00 |
| Comprehensive Dental EE | 52.00 | 1092.00 |

http://lvh10b.lvh.com:8080/lawson/xhrnet/ui/windowplain.htm?func=opener.PrepareStub(4)    12/5/2018

|  |  |  |
|---|---:|---:|
| Choice Plus - Medical HSA EE |  | 966.00 |
| Vision EE | 7.56 | 158.76 |
| Hanover Twp-Northampton Cty | 10.03 | 190.50 |
| Federal Income Tax | 5.72 | 256.66 |
| Bethlehem LST | 2.00 | 42.00 |
| Medicare Employee | 14.55 | 276.24 |
| Pennsylvania UI EE | 0.69 | 13.50 |
| Pennsylvania SWT | 30.80 | 584.87 |
| Social Security EE | 62.20 | 1181.17 |
| Loan 403(b) | 11.20 | 235.20 |
| Choice Plus - Medical EE | 87.53 | 1225.42 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx0503 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx0264 | WELLS FARGO | 843.07 |

http://lvh10b.lvh.com:8080/lawson/xhrnet/ui/windowplain.htm?func=opener.PrepareStub(4)    12/5/2018

**LEHIGH VALLEY HEALTH NETWORK**
1200 South Cedar Crest Blvd
ALLENTOWN, PA 18103 United States of America

Number 18118839
Check Date 10/25/2018

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

Angela M. Torres
1556 Stoke Park Rd
Bethlehem, PA 18017-2235
US

Net Pay 1090.36

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Angela M. Torres | | 204718 | 18 | 0619 | 10/20/2018 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 58.00 | 1535.05 | 24028.34 |
| Total Deductions | | 444.69 | 7150.01 |
| Total Net | | 1090.36 | 16878.33 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| 25 Percentage | | | | 49.54 |
| On Call - Hrs Only | | | | 87.89 |
| Paid Time Off Evening | 12.90 | 16.38 | 228.21 | 991.03 |
| Paid Time Off Night | 19.70 | 16.38 | 354.95 | 2478.36 |
| Regular | 1.80 | 16.38 | 29.48 | 379.49 |
| Regular Evening | 8.60 | 16.38 | 152.14 | 5652.36 |
| Regular Night | 15.00 | 16.38 | 270.27 | 12216.34 |
| Shared Success Program | | 500.00 | 500.00 | 500.00 |
| Sick Evening | | | | 519.47 |
| Sick Night | | | | 824.41 |
| Work Holiday | | | | 7.19 |
| Work Holiday Evening | | | | 111.32 |
| Work Holiday Night | | | | 210.94 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(b) Employee $ | 23.00 | 506.00 |

http://lvh10b.lvh.com:8080/lawson/xhrnet/ui/windowplain.htm?func=opener.PrepareStub(3)    12/5/2018

| Description | Current | YTD |
|---|---:|---:|
| Comprehensive Dental EE | 52.00 | 1144.00 |
| Choice Plus - Medical HSA EE | | 966.00 |
| Vision EE | 7.56 | 166.32 |
| Hanover Twp-Northampton Cty | 13.88 | 204.38 |
| Federal Income Tax | 97.81 | 354.47 |
| Bethlehem LST | 2.00 | 44.00 |
| Medicare Employee | 20.13 | 296.37 |
| Pennsylvania UI EE | 0.92 | 14.42 |
| Pennsylvania SWT | 42.61 | 627.48 |
| Social Security EE | 86.05 | 1267.22 |
| Loan 403(b) | 11.20 | 246.40 |
| Choice Plus - Medical EE | 87.53 | 1312.95 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx0503 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx0264 | WELLS FARGO | 1090.36 |

**LEHIGH VALLEY HEALTH NETWORK**
1200 South Cedar Crest Blvd
ALLENTOWN, PA 18103 United States of America

Number: 18120386
Check Date: 11/08/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Angela M. Torres
1556 Stoke Park Rd
Bethlehem, PA 18017-2235
US

Net Pay  660.94

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Angela M. Torres | | 204718 | 18 | 0619 | 11/03/2018 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 52.50 | 937.41 | 24965.75 |
| Total Deductions | | 276.47 | 7426.48 |
| Total Net | | 660.94 | 17539.27 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| 25 Percentage | | | | 49.54 |
| On Call - Hrs Only | | | | 87.89 |
| Paid Time Off Evening | | | | 991.03 |
| Paid Time Off Night | | | | 2478.36 |
| Regular | 0.90 | 16.38 | 14.75 | 394.24 |
| Regular Evening | 21.60 | 16.38 | 382.12 | 6034.48 |
| Regular Night | 30.00 | 16.38 | 540.54 | 12756.88 |
| Shared Success Program | | | | 500.00 |
| Sick Evening | | | | 519.47 |
| Sick Night | | | | 824.41 |
| Work Holiday | | | | 7.19 |
| Work Holiday Evening | | | | 111.32 |
| Work Holiday Night | | | | 210.94 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(b) Employee $ | 23.00 | 529.00 |

http://lvh10b.lvh.com:8080/lawson/xhrnet/ui/windowplain.htm?func=opener.PrepareStub(2)    12/5/2018

| Description | | |
|---|---|---|
| Comprehensive Dental EE | 52.00 | 1196.00 |
| Choice Plus - Medical HSA EE | | 966.00 |
| Vision EE | 7.56 | 173.88 |
| Hanover Twp-Northampton Cty | 7.90 | 212.28 |
| Federal Income Tax | | 354.47 |
| Bethlehem LST | 2.00 | 46.00 |
| Medicare Employee | 11.46 | 307.83 |
| Pennsylvania UI EE | 0.56 | 14.98 |
| Pennsylvania SWT | 24.26 | 651.74 |
| Social Security EE | 49.00 | 1316.22 |
| Loan 403(b) | 11.20 | 257.60 |
| Choice Plus - Medical EE | 87.53 | 1400.48 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0503 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx0264 | WELLS FARGO | 660.94 |

**LEHIGH VALLEY HEALTH NETWORK**
1200 South Cedar Crest Blvd
ALLENTOWN, PA 18103 United States of America

Number: 18121907
Check Date: 11/21/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Angela M. Torres
1556 Stoke Park Rd
Bethlehem, PA 18017-2235
US

Net Pay  621.01

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Angela M. Torres | | 204718 | 18 | 0619 | 11/17/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 53.50 | 892.15 | 25857.90 |
| Total Deductions | | 271.14 | 7697.62 |
| Total Net | | 621.01 | 18160.28 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| 25 Percentage | | | | 49.54 |
| On Call - Hrs Only | 4.00 | 16.38 | 8.19 | 96.08 |
| Paid Time Off Evening | | | | 991.03 |
| Paid Time Off Night | | | | 2478.36 |
| Regular | 1.30 | 16.38 | 21.29 | 415.53 |
| Regular Evening | 17.70 | 16.38 | 313.12 | 6347.60 |
| Regular Night | 30.50 | 16.38 | 549.55 | 13306.43 |
| Shared Success Program | | | | 500.00 |
| Sick Evening | | | | 519.47 |
| Sick Night | | | | 824.41 |
| Work Holiday | | | | 7.19 |
| Work Holiday Evening | | | | 111.32 |
| Work Holiday Night | | | | 210.94 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(b) Employee $ | 23.00 | 552.00 |

http://lvh10b.lvh.com:8080/lawson/xhrnet/ui/windowplain.htm?func=opener.PrepareStub(1)    12/5/2018

| | | |
|---|---:|---:|
| Comprehensive Dental EE | 52.00 | 1248.00 |
| Choice Plus - Medical HSA EE | | 966.00 |
| Vision EE | 7.56 | 181.44 |
| Hanover Twp-Northampton Cty | 7.45 | 219.73 |
| Federal Income Tax | | 354.47 |
| Bethlehem LST | 2.00 | 48.00 |
| Medicare Employee | 10.80 | 318.63 |
| Pennsylvania UI EE | 0.53 | 15.51 |
| Pennsylvania SWT | 22.87 | 674.61 |
| Social Security EE | 46.20 | 1362.42 |
| Loan 403(b) | 11.20 | 268.80 |
| Choice Plus - Medical EE | 87.53 | 1488.01 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx0503 | xxxxxxxxxxxxxxxxxxxxxxxxxxxx0264 | WELLS FARGO | 621.01 |